**In re: William A. ROSS, Petitioner.**

No. 04–7147.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 26, 2004.

Decided Sept. 3, 2004.

William A. Ross, Petitioner pro se.

Before WIDENER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

William A. Ross petitions for writ of mandamus, alleging the district court has unduly delayed acting on his motions to amend the criminal judgment and for reconsideration. He seeks an order from this court directing the district court to act. The district court has already ruled

on both motions. Accordingly, although we grant leave to proceed in forma pauperis, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED*